# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

––––––––––––––––––

**No. ACM 39034**

––––––––––––––––––

**UNITED STATES**
*Appellee*

**v.**

**Daniel I. MCALLISTER**
Technical Sergeant (E-6), U.S. Air Force, *Appellant*

––––––––––––––––––

Appeal from the United States Air Force Trial Judiciary

Decided 8 May 2017

––––––––––––––––––

*Military Judge:* Andrew Kalavanos (arraignment); Joshua E. Kastenberg (trial).

*Approved sentence:* Dishonorable discharge, confinement for 14 months, forfeiture of all pay and allowances, reduction to E-1, and a reprimand. Sentence adjudged 19 January 2016 by GCM convened at Patrick Air Force Base, Florida.

*For Appellant:* Captain Patrick A. Clary, USAF.

*For Appellee:* Captain Tyler B. Musselman, USAF; Gerald R. Bruce, Esquire.

Before MAYBERRY, JOHNSON, and SPERANZA, *Appellate Military Judges.*

––––––––––––––––––

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

––––––––––––––––––

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.


FOR THE COURT

MICAH L. SMITH
Deputy Clerk of the Court